UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN MARON ROBINSON,<br>    Plaintiff,<br>   v.<br>S. GATES, et al.,<br>    Defendants. | Case No. 24-cv-07412 BLF (PR)<br>**ORDER OF TRANSER** |

Plaintiff, who was formerly housed at the California Men's Colony ("CMC") in San Luis Obispo, California, filed a pro se civil rights complaint against staff at CMC, among others. Dkt. No. 1. Because the acts complained of occurred in San Luis Obispo County, which lies within the venue of the Western Division for the Central District of California, *see* 28 U.S.C. § 84(c)(2), venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is TRANSFERRED to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Western Division for the Central District of California.

**IT IS SO ORDERED.**

Dated: __October 30, 2024_____

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Order of Transfer
PRO-SE\BLF\CR.24\07412Robinson_transfer (CD)